AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| Matthew N. Edwards, | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-00872 (AMN/FJS) |
| Taylor Gamache, City of Troy, New York, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Taylor Gamache, City of Troy, New York, and City of Troy Police Department.

Date: 07/31/2025

*Attorney's signature*

Corey A. Ruggiero, Esq. / Bar Roll No.: 519947
*Printed name and bar number*

FitzGerald Morris Baker Firth, P.C.
68 Warren Street - P.O. Box 2017
Glens Falls, NY 12801

*Address*

car@fmbf-law.com
*E-mail address*

(518) 745-1400
*Telephone number*

(518) 745-1576
*FAX number*