## AFFIRMATION OF SERVICE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

Index Number: 1:25-CV-00872-AMN-DJS

Date Filed: 7/3/2025

Plaintiff:
**Matthew N. Edwards**

vs.

Defendant:
**Taylor Gamache, City of Troy, New York, and City of Troy Police Department**

**State of New York, County of Albany)ss.:**

Received these papers to be served on **City Of Troy, New York, 433 River Street, Ste 5001, Troy, NY 12180**.

I, Patricia Burke, do hereby affirm that on the **11th day of July, 2025** at **3:23 pm, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **Summons in a Civil Action, Complaint and Civil Case Assignment and Filing Order (2 copies)** to: **Alaina Holmes** as **Confidential Assistant** for **City Of Troy, New York**, and informed said person of the contents therein, in compliance with State Statutes.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: Black, Height: 5'6", Weight: 130, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action.

I affirm on ___7/30/05___, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

**Patricia Burke**
Process Server

Our Job Serial Number: SRN-2025005634