## AFFIRMATION OF SERVICE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

Index Number: 1:25-CV-00872-AMN-DJS

Date Filed: 7/3/2025

Plaintiff:
**Matthew N. Edwards**

vs.

Defendant:
**Taylor Gamache, City of Troy, New York, and City of Troy Police Department**

**State of New York, County of Albany)ss.:**

Received these papers to be served on **Taylor Gamache, 1700 6th Avenue, Troy, NY 12180**.

I, Patricia Burke, do hereby affirm that on the **11th day of July, 2025** at **3:10 pm**, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **Summons in a Civil Action, Complaint and Civil Case Assignment and Filing Order** with **Cindy Sorensen**, who is **Confidential Assistant to Chief of Police** at **1700 6th Avenue, Troy, NY 12180**, the said premises being the respondent's place of **Work** within the State of New York. Deponent completed service by mailing a true copy of the **Summons in a Civil Action, Complaint and Civil Case Assignment and Filing Order** in a postpaid envelope addressed to: **1700 6th Avenue, Troy, NY 12180** and bearing the words "Personal & Confidential" by First Class Mail on **7/14/2025** and placed in an official depository of the U.S.P.S. in the State of New York.

**Military Status:** Based upon inquiry, information, observation or belief, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 150, Hair: Blonde, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action.

I affirm on ___7/30/25___, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Patricia Burke
Process Server

Our Job Serial Number: SRN-2025005636

Copyright © 1992-2025 DreamBuilt Software, Inc - Process Server's Toolbox V9.0b