UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MATTHEW N. EDWARDS,

                    Plaintiff,

-against-                              Civil Action No.: 1:25-cv-00872
                                                                  (AMN/DJS)

TAYLOR GAMACHE, CITY OF TROY, NEW YORK,
AND CITY OF TROY POLICE DEPARTMENT,

                    Defendants.

---

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties, that Defendants, Taylor Gamache, City of Troy, New York, and City of Troy Police Department's time to answer and/or otherwise Respond to Plaintiff's Complaint is hereby extended to September 5, 2025.

Dated:                                                 Dated: 8/4/25

_____              _____
By: Arthur R. Frost, Esq.                      By: John D. Aspland, Jr., Esq.
Bar Roll No.: 511214                          Bar Roll No.: 512134
FROST & KAVANAUGH, P.C.            FITZGERALD MORRIS BAKER FIRTH, P.C.
*Attorneys for Plaintiff*                       *Attorneys for Defendants*
287 North Greenbush Road             *Taylor Gamache, City of Troy, New York,*
Troy, NY 12180                                   *City of Troy Police Department*
Tel: (518) 283-3000                         68 Warren Street – P.O. Box 2017
                                                          Glens Falls, NY 12801
                                                          Tel: (518) 745-1400

SO ORDERED: _____
                      Daniel J. Stewart, USMJ