UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MATTHEW N. EDWARDS,

                        Plaintiff,

-against-                                     Civil Action No.: 1:25-cv-00872
                                                             (AMN/DJS)

TAYLOR GAMACHE, CITY OF TROY, NEW YORK,
AND CITY OF TROY POLICE DEPARTMENT,

                        Defendants.

---

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties, that Defendants, Taylor Gamache, City of Troy, New York, and City of Troy Police Department's time to answer and/or otherwise Respond to Plaintiff's Complaint is hereby extended to September 5, 2025.

Dated:

_[signature]_

By: Arthur R. Frost, Esq.
Bar Roll No.: 511214
FROST & KAVANAUGH, P.C.
*Attorneys for Plaintiff*
287 North Greenbush Road
Troy, NY 12180
Tel: (518) 283-3000

Dated: 8/4/25

_[signature]_

By: John D. Aspland, Jr., Esq.
Bar Roll No.: 512134
FITZGERALD MORRIS BAKER FIRTH, P.C.
*Attorneys for Defendants*
*Taylor Gamache, City of Troy, New York,*
*City of Troy Police Department*
68 Warren Street – P.O. Box 2017
Glens Falls, NY 12801
Tel: (518) 745-1400

SO ORDERED: _[signature]_
                          Daniel J. Stewart, USMJ