UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

Matthew N. Edwards,

                                   Plaintiff,

    -against-

Taylor Gamache, City of Troy, New York,
and City of Troy Police Department,                    Civil Case No.: 1:25-cv-00872
                                                                           (AMN/DJS)

                                 Defendants.

---

**"EXHIBIT A"**
**AGREEMENT WITH RESPECT TO CONFIDENTIAL MATERIAL**

_____ hereby states that:

1. My address is _____.

2. My present occupation or job description is _____.

3. I have received a copy of the Confidentiality Stipulation and Agreement for the Production and Exchange of Confidential Information (the **"Stipulation"**) entered in the above-captioned action on _____.

4. I have carefully read and understand the provisions of the Stipulation.

5. I will comply with all of the provisions of the Stipulation.

6. I will hold in confidence, will not disclose to anyone not qualified under the Stipulation, and will use only for purposes of this action, any "Confidential Information" that is disclosed to me.

7. I will return all "Confidential Information" that comes into my possession, and documents or things that I have prepared relating thereto, to counsel for the party by whom I am employed or retained, or to counsel from whom I have received this information.

8. I submit to the jurisdiction of this Court for the purposes of enforcement of the Stipulation in this action.

Dated: _____                                    _____